Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | DANIELA MACIAS |
| **Docket Number:** | 1:06CR00291-03 OWW |
| **Offender Address:** | Parlier, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | March 5, 2007 |
| **Original Offense:** | 18 U.S.C. 37, Conspiracy to Possess Stolen Mail, Fraudulent Use of an Access Device Issued to Another Person and Bank Fraud (Class D Felony) |
| **Original Sentence:** | 10 month custody of the Bureau of Prisons; 3 years term of supervised release; $100 special assessment; $10,431.26 restitution and mandatory testing. |
| **Special Conditions:** | 1) Search; 2) Not dissipate assets; 3) Financial disclosure; 4) No new lines of credit; 5) Drug treatment; 6) Drug testing; 7) No alcohol; 8) Mental health treatment; 9) Co-payment; 10) Seek and obtain employment or attend educational or vocational classes. |
| **Type of Supervision:** | Supervised release. |
| **Supervision Commenced:** | January 7, 2008 |
| **Assistant U.S. Attorney:** | Marianne A. Pansa    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Richard A. Beshwate    **Telephone:** (559) 266-5000 |

**RE:    Daniela Macias**
         **Docket Number:  1:06CR00291-03 OWW**
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

<u>**07/22/08**</u>:                    The Court was advised of illicit drug use. Random urinalysis was increased and referred to drug counseling. Court approved probation officer's plan.

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**  You shall reside and participate in the Comprehensive Sanction Center, Turning Point, Fresno, California, for a period of not more than 120 days; said placement shall commence as directed by the probation officer.

**Justification:**

The offender failed to attend drug counseling and failed to provide a urine specimen for the months of July through September of 2008. The offender reported that she was having transportation difficulties and could not get to the testing center or the probation office.

On September 17, 2008, the offender reported to the office, and although attempted several times, was not able to provide a urine specimen. Nevertheless, the offender denied use of illegal substances.

On October 9, 2008, the offender reported she had not used drugs in the last six months. A urine specimen was collected on the same date, which was confirmed to be positive for methamphetamine and amphetamine.

On October 16, 2008, the offender admitted to providing false information to the probation officer, and stated she did in fact use methamphetamine on October 12, 2008.  The offender requested assistance in controlling her use of narcotics and signed a Waiver of Hearing Modification to Conditions, agreeing to participate in a live-in program for a maximum of 120 days.

RE:     **Daniela Macias**
        **Docket Number:  1:06CR00291-03 OWW**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

On the same date, Jimmy Martinez, Turning Point Program Director advised that on November 17, 2008, they will be able to accept the offender into the program.

In light of the releasee's continued drug use, it appears a more restrictive environment would be beneficial. She has agreed to placement in Turning Point, Comprehensive Sanction Center, Fresno, California, for a period of not more than 120 days. Until the offender is admitted into the drug program, she was directed to drug test at the probation office at the direction of the probation officer. She was also provided with a bus pass and advised to call this officer on a daily basis. The releasee has signed the attached Form 49, Waiver of Hearing document.

Respectfully submitted,

/s/ Adrian Garcia

**Adrian Garcia**
**United States Probation Officer**
Telephone:  (559) 499-5715

**DATED:**     October 20, 2008
               Fresno, California
               AG

**REVIEWED BY:**     /s/ Hubert J. Alvarez
                     **Hubert J. Alvarez**
                     **Supervising United States Probation Officer**

RE:   Daniela Macias
      Docket Number:  1:06CR00291-03 OWW
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X)   Modification approved as recommended.

( )    Modification not approved at this time.  Probation Officer to contact Court.

( )    Other:


IT IS SO ORDERED.

**Dated:   October 27, 2008**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE